(March 20, 1985)

■   In the Matter of INDUMATI ROY, Respondent, v PRABIR ROY, Appellant. — Motion to dismiss appeal denied, without costs, upon condition that appellant file the original notice of appeal with the Clerk of the Broome County Family Court within 10 days from the date of the decision hereon. The copy of the notice of appeal served upon the Broome County Attorney deemed timely filed (*see, Peck v Ernst Bros.*, 81 AD2d 940). Kane, J. P., Main, Casey, Levine and Harvey, JJ., concur.